FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JAN 12 2015

CHRISTOPHER A. Prine

CLERK

Henry L. Maher
1028 East Ave. N.
Onalaska, WI 54650

January 7, 2015

Via
***eFileTexas***
and ***USPS Reg Mail***

Mr. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street,
Houston, TX 77002-2066

**In Re: Case 01-14-00106-CV**
**In the Matter of: Maher v. Maher**

Dear Mr. Prine,

I am the Appellant, in the above referenced matter. At this time, I am proceeding with this Appeal pro se.

I am writing to request a CD copy of the District Court Reporter's Record for the above referenced Case. Please find the enclosed check #1679 for processing.

A self-addressed postage paid envelope is provided for your convenience.

If you have any questions or wish to contact me, please do not hesitate to call me at 608 769 4779, or email me at henrylmaher@gmail.com. Thank you for your consideration in this matter.

Respectfully yours,

Henry L. Maher /S/Henry L. Maher

Via efiletexas.gov, USPS Reg Mail